```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
-----------------------------------X
KEVIN BRANDEL, Individually and on
Behalf of all Others Similarly
Situated

                                                               18-CV-3721 (KAM)(PK)

    *Plaintiff*,

-against-

SIBANYE GOLD LIMITED, NEAL
FRONEMAN, and CHARL KEYTER

    *Defendants*.
-----------------------------------X
-----------------------------------X
LESTER HEUSCHEN, JR., Individually
and on Behalf of all Others
Similarly Situated

                                                               18-CV-3721 (KAM)(PK)

    *Plaintiff*,

-against-

SIBANYE GOLD LIMITED, NEAL
FRONEMAN, and CHARL KEYTER

    *Defendants*.
-----------------------------------X

**MATSUMOTO, United States District Judge:**

**ORDER CONSOLIDATING CASES AND APPOINTING LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

WHEREAS, the above-captioned securities class actions (the "Securities Class Actions") have been filed against defendants Sibanye Gold Limited and certain of its officers and directors, alleging violations of the federal securities laws;

WHEREAS, Rule 42(a) of the Federal Rules of Civil

1

Procedure provides that a court may order all actions consolidated if they involve "common issues of law or fact." Fed. R. Civ. P. 42(a). The Securities Class Actions involve common legal and factual issues; thus, efficiency and consistency will result from their consolidation. *See* Fed. R. Civ. P. 42(a);

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on June 27, 2018, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on August 27, 2018, Plaintiffs John Butto, Edward Luschei, and Wolfgang and Christa Petran ("Movants") moved the Court to: (1) consolidate the related actions; (2) appoint Movants as Lead Plaintiffs; and (3) approve Movants' selection of The Rosen Law Firm, P.A. and Pomerantz LLP as Co-Lead Counsel;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia*, that as soon as practicable after the decision on consolidation is

rendered, the Court shall appoint the most adequate plaintiffs as lead plaintiffs for the consolidated actions; and

WHEREAS, the Court finding that Movants have the largest financial interest in this action and *prima facie* satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

IT IS HEREBY ORDERED THAT:

The Securities Class Actions are consolidated for all purposes, including, but not limited to, pretrial proceedings and trial proceedings pursuant to Fed. R. Civ. P. 42(a);

Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Movants are appointed as Lead Plaintiffs for the class as they have the largest financial interest in this litigation and otherwise satisfy the requirements of Fed. R. Civ. P. 23;

Movants' choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. and Pomerantz LLP are appointed as Co-Lead Counsel;

Co-Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Co-Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in

accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiffs and the Class.

**SO ORDERED.**

_____
**KIYO A. MATSUMOTO**
United States District Judge
Eastern District of New York

Dated: December 17, 2018
Brooklyn, New York