```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re SIBANYE GOLD LTD. SECURITIES
LITIGATION
                                                                                    JUDGMENT
----------------------------------------------------------------X
                                                                                    18-CV-3721(KAM)(PK)
This Document Relates to: ALL ACTIONS
----------------------------------------------------------------X
```

      A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on November 10, 2020, granting Defendants' motion to dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) in its entirety; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) is granted in its entirety; and that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, New York                                       Douglas C. Palmer
       November 12, 2020                                 Clerk of Court

                                                       By:     */s/Jalitza Poveda*
                                                                     Deputy Clerk